## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 17-22530-Civ-COOKE/GOODMAN

ANDRES GOMEZ,

     Plaintiff,

vs.

SKECHERS U.S.A., INC., a Delaware
corporation,

     Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE is before me on the parties Joint Stipulation of Dismissal with Prejudice (ECF No. 21). The parties, having entered into a Confidential Settlement Agreement and Release ("Agreement") which resolved all claims that were or could have been brought in this action, have **DISMISSED** this action ***with prejudice*** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Attorneys' fees and other recoverable costs and expenses, if any, are to be disbursed as specified by the parties in their Agreement. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 6th day of February 2018.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*